withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Guerrero–Gomez's conviction and sentence are **AFFIRMED.**

Sandra **HENRY,** Plaintiff–Appellant,

v.

**JEFFERSON COUNTY PERSONNEL BOARD,** Defendant–Appellee.

No. 07–11333
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 25, 2007.

Kevin Wade Jent, Wiggins, Childs, Quinn & Pantazis, Birmingham, AL, for Plaintiff–Appellant.

Laura C. Nettles and Christopher D. Cobb, Lloyd Gray & Whitehead, P.C., Birmingham, AL, for Defendant–Appellee.

Before BIRCH, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

Sandra Henry appeals the district court's grant of summary judgment to the Jefferson County Personnel Board (Board) in her action filed under the Age Discrimination in Employment Act. Henry asserts the district court erred in holding that: (1) the Board could not be liable for the alleged discriminatory actions that took place while a court-appointed receiver was in place to oversee the Board's operations; (2) the Board had "vicarious immunity" for the receiver's actions because the receiver was entitled to judicial immunity; and (3) she had not presented sufficient evidence of age discrimination to survive summary judgment. After review, we affirm for the reasons stated in the district court's thorough and well-reasoned Memorandum Opinion of February 23, 2007, 519 F.Supp.2d 1171.

**AFFIRMED.**

Steven Allan **FIKE,** individually, Andrea Raiford Doxtator, individually and as mother and next friend of April Gowen, a minor, Plaintiffs–Appellants,

Arlene Richardson, Administrator of the estate of Billie Nadine Bigham, Plaintiff,

William Jerry Westbrook, Executor of the estate of Nadine Bigham, Intervenor–Plaintiff–Appellant,

v.

John Earl PEACE, an individual, D.G. Trucking Company, General Shale Corporation, a corporation, a.k.a. General Shale Building Materials, GP, a partnership composed of General Shale Building Materials, Inc. and Wientzberger Bawotoff Industries AG, Defendants–Appellees.

No. 07–12273
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Oct. 25, 2007.

T. Allen French, Office of Robert B. French, Jr., P.C., Fort Payne, AL, for Plaintiffs–Appellants.

Samuel Joshua Briskman, William J. Baxley, Stewart David McKnight, III, Baxley, Dillard, Dauphin McKnight & Barclift, Birmingham, AL, for Intervenor–Plaintiff–Appellant.

Geoffrey S. Bald, David A. Elliott, Burr & Forman, LLP, Birmingham, AL, for Defendants–Appellees.

Before BARKETT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

We find no reversible error in the district court's grant of Summary Judgment in favor of General Shale Products, LLC.

AFFIRMED.

James FAIRRIS, Plaintiff–Appellant,

v.

BESSEMER, CITY OF, Defendant–Appellee.

No. 07–12350
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Oct. 25, 2007.

W. Braxton Schell, Jr., Birmingham, AL, for Plaintiff–Appellant.

J. Bentley Owens, III, Starnes & Atchison, Kelley McLeod Tynes, Birmingham, AL, for Defendant–Appellee.

Before DUBINA, CARNES, and HILL, Circuit Judges.

PER CURIAM:

The sole issue in this case is whether the City of Bessemer, Alabama (City), employee James Fairris is exempt from the overtime compensation requirements of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 213(a)(1), either on the basis that he is a professional employee or an admin-